B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Powell-Gillard, Cahterine, Case No. 16-31221

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Linear Mortgage, LLC
Name of Transferee

Name and Address where notices to transferee should be sent:
1970 Main Street Suite 201
Sarasota, FL 34236

Phone: 941 365 1518
Last Four Digits of Acct #: 7118

Name and Address where transferee payments should be sent (if different from above):

Phone: ____
Last Four Digits of Acct #: ____

Neighborhood Lending Services
Name of Transferor

Court Claim # (if known): 10
Amount of Claim: $73,374.52
Date Claim Filed: 02/09/2017

Phone: ____
Last Four Digits of Acct. #: ____

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAY 17 2019
JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: [signature]
Transferee/Transferee's Agent

Date: 6-20-18

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Doc#. 1815129482 Fee: $52.00
Karen A.Yarbrough
Cook County Recorder of Deeds
Date: 05/31/2018 01:34 PM Pg: 1 of 3

RECORDING REQUESTED BY/RETURN TO:
ELS Management Services X LLC
100 Quentin Roosevelt Blvd #204
Garden City, NY 11530

Loan No.: **1423330586**
MIN No.:

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# ASSIGNMENT OF MORTGAGE

For value received, **Wilmington Savings Fund Society, FSB d/b/a Christiana Trust as Trustee for PNPMS Trust I** herein "Assignor") whose address is 100 Quentin Roosevelt Blvd, #204, Garden City, NY 11530, does hereby grant, assigns, transfer and convey, unto

Lincar Mortgage LLC

its successors and assigns (herein "Assignee"), whose address is

1970 Main St. #201 Sarasota Fl 34236,

a certain Mortgage **7/19/2006** made and executed by **Catherine A Powell, Unmarried** to and in favor of **Neighborhood Lending Services, Inc.** upon the following described property situated in **Cook** County, State of **Illinois**:

**Property Address: 426 West 96th Street, Chicago, IL 60628**
**Assessors/Tax Id No. 25091070370000**
**Legal: See attached Exhibit A**

Such Mortgage having been given to secure payment of **$57,890.00** (original principal amount), which Mortgage is of record on **8/16/2006** as, **Document No. 0622842048,** of the Records of the Office of the Register of Deeds of **Cook** County, State of **Illinois** together with the debt instrument and obligations therein described and the money due and to become due thereon with interest, and all rights accrued or to accrue under such Mortgage.

**TO HAVE AND TO HOLD** the same unto Assignee, its successor and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

**IN WITNESS WHEREOF,** the undersigned Assignor has executed this Assignment of Mortgage on 11-30-17.

**Wilmington Savings Fund Society, FSB d/b/a Christiana Trust as Trustee for PNPMS Trust I**
**By: CAMS Ventures LLC**

By: [signature]

Ivan Halpern, Vice President

**United States Bankruptcy Court**
**Northern District of Illinois**

**Jeffrey P. Allsteadt, Clerk of Court**

**Date:** 05/17/2019

Linear Mortgage
PO Box 2420
Sarasota, FL 34230

**Letter to Filer:**

**Case Number, *if applicable*:** 16-31221

**Case Name, *if applicable*:** Catherine Gillard-Powell

**RETURN CHECK /MONEY ORDER/CASHIER'S CHECK**

- ☐ Unsigned
- ☑ Debtor(s) or Company check unacceptable
- ☐ No fee is required
- ☑ **OTHER: Please refer to last page – ADDITIONAL INFORMATION section.**

---

**NEW BANKRUPTCY CASE**

We were unable to process your case because the following documents are missing and required at case opening:

- ☐ Voluntary Petition (Official Form 101 or 201)
- ☐ No form of payment (one of the following is required)
  - Full Filing Fee
  - Application/Order for Individuals to Pay the Filing Fee in Installments (Official Form 103A)
  - Application/Order to Have the Chapter 7 Filing Fee Waived (Official Form 103B)
- ☐ **OTHER: Please refer to last page – ADDITIONAL INFORMATION section.**

---

**CORRECTION(S) REQUIRED**

- ☐ Alias Summons:
- ☐ Amended Adversary Complaint:
- ☐ Adversary Proceeding Coversheet:
- ☐ Amended Petition to Correct:

☐ Motion to Redact and Proposed Order[1]

☐ **OTHER: Please refer to ADDITIONAL INFORMATION section below.**

---

**DEFICIENCY** – Please make all necessary corrections to the document(s) listed below:

☐ Amended Schedule/List of Creditors is deficient for payment. Please submit payment.

☐ Motion is deficient for payment. Please submit payment.

☐ Notice of Motion – please complete and submit.

☐ Proposed Order – please complete and submit.

☐ **OTHER: Please refer to ADDITIONAL INFORMATION section below.**

---

**INFORMATION**

☐ **CREDIT BUREAU** – The bankruptcy court does NOT perform any activities with the credit bureaus. You must contact the individual credit bureaus for their procedure for removing your bankruptcy filing from their credit report.

☐ No record of the case name or number exists in our court; therefore we cannot process your request and we're returning the enclosed documents to you.

☐ Case name/number is missing. Please provide the case name/number.

☐ There are several debtors listed. Please provide the correct case number.

---

**ADDITIONAL INFORMATION:**

Transfer of Claim is Deficient for payment of the filing fee.

Company Checks are an unacceptable form of payment. Therefore the check is being returned.

Acceptable forms of payment via mail are: Money Orders and Cashiers Checks only.

Please submit your $25.00 payment in one of the acceptable forms.

Thank you for your consideration

[1] A motion to redact personal information prohibited under Fed.R. Bankr. P. 9037(A) should be filed without notice of motion and without serving other parties. The motion must be accompanied by a redacted version of the filed document and a proposed order requiring the clerk to substitute the redacted document for the un-redacted document. A proposed order can be found on the courts website http://www.ilnb.uscourts.gov under Forms/Local Bankruptcy Forms titled Order to Redact. We are attaching a sample of the order.

---

**IF APPLICABLE**

Include the name of the debtor/joint debtor, the case number, the signature of the debtor/joint debtor on all required documents.

Include the signature of the attorney representing the debtor/joint debtor.

**FORM OF PAYMENT REQUIREMENT** – Cashier's check or money order payable to **Clerk, U. S. Bankruptcy Court**.

**Mail the required document(s) or payment listed above, including this Letter to my attention at:**
**United States Bankruptcy Court, Eastern Division, 219 S. Dearborn, Chicago, IL 60604**

Deputy Clerk Carlos R. Patterson II

Contact Number 312-408-5000